IN THE UNITED STATED DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHARON ELIZABETH MCKAMIE                                                PLAINTIFF

V.                                       NO. 08-4122

MICHAEL J. ASTRUE, Commissioner
of Social Security                                                      DEFENDANT

## O R D E R

On this 1st day of September, 2010, comes on for consideration the United States Magistrate Judge Erin L. Setser's Report and Recommendation dated July 2, 2010, regarding the request for attorney's fees filed by Plaintiff's counsel.

For the reasons set forth in the Report and Recommendation, the Court hereby orders that Plaintiff's counsel is entitled to compensation under the EAJA for: 16 hours at a rate of $174.00 per hour, for a total attorney's fee award of $2,784.00.  This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406, in order to prevent double recovery by counsel for the Plaintiff.

IT IS SO ORDERED.

 /s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE