IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


SHARON ELIZABETH MCKAMIE                                                    PLAINTIFF


    v.                                      CIVIL NO. 08-4122


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                              DEFENDANT


## O R D E R

On this 6th day of July 2011, the Court has before it for consideration Plaintiff's request

for attorney's fees and costs pursuant to 42 U.S.C. § 406(b).

For reasons set forth in the report and recommendation filed by the Honorable Erin L.

Setser, United States Magistrate Judge for the Western District of Arkansas, on May 26, 2011,

the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby

awards Plaintiff's attorney's fees in the amount of $3,887.80 to be paid out of plaintiff's past due

benefits.  However, the $3,887.80 fee under Section 406(b) is offset by the $2,784.00 previously

awarded under the EAJA, and Plaintiff's attorney is directed to remit to plaintiff the smaller fee

awarded to plaintiff's attorney pursuant to the EAJA in the amount of $2,784.00.

IT IS SO ORDERED.


                                    /s/ Jimm Larry Hendren
                                    HON. JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE